Abe Ostrovsky, appellee, v. Asher Rosenberg, appellant.  Gen. No. 28,519.

Forcible detainer of premises held on lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

G. E. Sankstone, for appellant; George F. Ort, of counsel. David Silbert, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

## SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. Clarence Finefield, plaintiff in error.  Gen. No. 7,186.

Prosecution under Prohibition Act. Defendant found guilty. Error to the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed August 13, 1923. Rehearing denied October 2, 1923.

Arthur A. Lowry, for plaintiff in error. John H. McFadden, State's Attorney, for defendant in error; Robert M. Niven, of counsel.

Mr. Presiding Justice Partlow delivered the opinion of the court.

Elizabeth Burcham and W. J. Burcham, appellees, v. J. A. Bowman and Thomas Hogg, copartners, appellants.  Gen. No. 7,195.

Action against manufacturers of graphophones on contract for purchase of new graphophone for which old machine was to be taken in part payment. Judgment for plaintiffs. Appeal from the Circuit Court of Stark county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed August 13, 1923.

J. H. Rennick, for appellants. Brian & McManus, for appellees.

Mr. Presiding Justice Partlow delivered the opinion of the court.

Charles Esterdahl, appellant, v. Edward Haugens, appellee.  Gen. No. 7,204.

Suit for amount due on purchase price of oats. Verdict for defendant. Appeal from the Circuit Court of Marshall county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed August 13, 1923. Rehearing denied October 2, 1923.

Henry E. Jacobs, Clarence W. Heyl and Harry C. Heyl, for appellant. Barnes, Magoon & Black, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.